FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAMON A. ZANOLETTI, | Case No. CV 12-00530 DOC (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| RICK HILL, Warden of F. S. P., | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: April 17, 2012

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY