FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  sny                    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RAMON A. ZANOLETTI,                    )   Case No.  CV 12-00530 DOC (AN)
                                       )
              Petitioner,              )   JUDGMENT
                                       )
       v.                              )
                                       )
RICK HILL, Warden of F. S. P.,         )
                                       )
              Respondent.              )
_____)

       IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

reasons set forth in the related Order.


DATED:  April 17, 2012            David O. Carter
                                  _____
                                  DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  sny                    DEPUTY